**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. **25-cr-**97-01-JL-TSM |
| | ) | |
| v. | ) | **Count 1:  Conspiracy to Straw Purchase** |
| | ) | **(18 U.S.C. §§ 932(b)(2))** |
| | ) | |
| **DUSTIN TUTTLE** | ) | **Count 2:  Trafficking in Firearms** |
| | ) | **(18 U.S.C. §§ 933(a)(1) and (3))** |
| **Defendant.** | ) | |
| | ) | **Count 3:  Sale of a Firearm in Furtherance** |
| | ) | **of a Felony** |
| | ) | **(18 U.S.C. § 922(d)(10))** |
| | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**
**Conspiracy to Straw Purchase**
**[18 U.S.C. §§ 932(b)(2)]**

From at least on or about September 11, 2023, to on or about January 29, 2024, in the

District of New Hampshire, and elsewhere, defendant,

**DUSTIN TUTTLE,**

did knowingly and willfully conspire with Individual 1, and with others known and unknown, to

purchase firearms, including: (1) a Glock, 17, 9mm, pistol, serial number BSHS739; (2) a

Zastava, ZPAP 92, 7.62mm, pistol, serial number  Z92-101899; (3) a Tisas- Trabzon Gun

Industry Corp, .45 cal, Pistol, serial number T0620-23Z13537; (4) a Glock 26, 9mm, piston,

serial number BRZH077; (5) a Smith & Wesson, Bodyguard, .380 cal, pistol, serial number

KJH3188; (6) and a Colt MKIV, .45 cal, pistol, serial number RRD1226, in and otherwise

affecting interstate and foreign commerce for, on behalf of, and at the request of Individual 1,

knowing or having reasonable cause to believe that Individual 1 intended to sell or otherwise

dispose of the firearms in furtherance of a felony, that is trafficking in firearms, in violation of

Title 18 United States Code, Section 933, in violation of Title 18 United States Code, Sections

932(b)(1) and (2).

## COUNT TWO
### Firearms Trafficking Conspiracy
### [18 U.S.C. §§ 933(a)(1) and (3)]

From at least on or about September 11, 2023, to on or about January 29, 2024, in the

District of New Hampshire, and elsewhere, defendant,

## DUSTIN TUTTLE,

did knowingly and willfully conspire with Individual 1, and with others known and unknown, to

ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, including: (1)

a Glock, 17, 9mm, pistol, serial number BSHS739; (2) a Zastava, ZPAP 92, 7.62mm, pistol,

serial number  Z92-101899; (3) a Tisas- Trabzon Gun Industry Corp, .45 cal, Pistol, serial

number T0620-23Z13537; (4) a Glock 26, 9mm, piston, serial number BRZH077; (5) a Smith &

Wesson, Bodyguard, .380 cal, pistol, serial number KJH3188; (6) a Colt MKIV, .45 cal, pistol,

serial number RRD1226; (7) a SAR 9, 9mm pistol, serial number T11102-21BV95039; and (8) a

Colt, M1911A1, .45 cal., pistol, serial number 2799591 to Individual 1 in and otherwise affecting

interstate and foreign commerce, knowing and having reasonable cause to believe that the use,

carrying, and possession of the firearms by Individual 1 would constitute a felony, in violation of

Title 18, United States Code, Sections 933(a)(1) and (3).

## COUNT THREE
### Sale of a Firearm in Furtherance of a Felony
### [18 U.S.C. § 922(d)(10)]

From at least on or about October 19, 2023, to on or about October 31, 2023, in the

District of New Hampshire, and elsewhere, defendant,

**DUSTIN TUTTLE,**

knowingly sold, disposed of, or transferred firearms, to wit: (1) a Glock, 17, 9mm, pistol, serial number BSHS739; (2) a Zastava, ZPAP 92, 7.62mm, pistol, serial number Z92-101899; (3) a Tisas- Trabzon Gun Industry Corp, .45 cal, Pistol, serial number T0620-23Z13537; (4) a Glock 26, 9mm, piston, serial number BRZH077; (5) a Smith & Wesson, Bodyguard, .380 cal, pistol, serial number KJH3188; (6) and a Colt MKIV, .45 cal, pistol, serial number RRD1226; (7) a SAR 9, 9mm pistol, serial number T11102-21BV95039; and (8) a Colt, M1911A1, .45 cal., pistol, serial number 2799591 to Individual 1, knowing and having reasonable cause to believe that Individual 1 intended to sell, dispose of, or transfer the firearms in furtherance of a felony, to wit: (1) trafficking in firearms, in violation of Title 18 United States Code, Section 933, and (2) unlawful possession of a firearm by a prohibited person, in violation of Title 18 United States Code, Section 922(g)(9), in violation of Title 18 United States Code, Section 922(d)(10).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts One or Two of this Information, Dustin Tuttle shall forfeit to the United States pursuant to 18 U.S.C. § 934, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses.

Upon conviction of the offenses alleged in Counts One, Two, or Three of this Information, Dustin Tuttle shall forfeit to the United States pursuant to 924(d), and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including: (1) a Glock, 17, 9mm, pistol, serial number BSHS739; (2) a Zastava, ZPAP 92, 7.62mm, pistol, serial number Z92-101899; (3) a Tisas- Trabzon Gun Industry Corp, .45 cal, Pistol, serial

number T0620-23Z13537; (4) a Glock 26, 9mm, piston, serial number BRZH077; (5) a Smith & Wesson, Bodyguard, .380 cal, pistol, serial number KJH3188; (6) and a Colt MKIV, .45 cal, pistol, serial number RRD1226; (7) a SAR 9, 9mm pistol, serial number T11102-21BV95039; and (8) a Colt, M1911A1, .45 cal., pistol, serial number 2799591.

Dated:

ERIN CREEGAN
United States Attorney


/s/ Christopher Marin
Christopher Marin
Special Assistant U.S. Attorney

/s/ Yasir Sadat
Yasir Sadat
Assistant U.S. Attorney